# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KYLE McCALL,<br><br>                        Plaintiff,<br>  V.<br><br>SENTRY SELECT INSURANCE CO.,<br><br>                        Defendant. | Civil Action No.:<br><br>**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT** |

TO:    The Judges of the United States District Court
        for the District of Connecticut

      PLEASE TAKE NOTICE that defendant SENTRY SELECT INSURANCE CO. (hereinafter, "Sentry") hereby removes the above-captioned case from the Superior Court of Connecticut, Judicial District of New London at New London, to the United States District Court for the District of Connecticut, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

     In support of this Notice of Removal, Sentry states:

     1.    On or about April 5, 2022, plaintiff Kyle McCall ("McCall") filed this civil action in the Superior Court of Connecticut, Judicial District of New London at New London. Plaintiff's Summons and Complaint are attached to this Notice as **Exhibit A.** This Summons and Complaint are the initial pleadings setting forth the claim for relief upon which this action is based. No case number has been assigned to this action.

     2.    This is an action by an assignee under an insurance policy for a sum of money allegedly due under that insurance policy.

     3.    On April 14, 2022, Sentry was served with plaintiff's Summons and Complaint. This was Sentry's first receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

     4.    Sentry has filed this Notice of Removal within 30 days of its first receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

5. No other process, pleadings or orders have been served upon Sentry in this action.

6. There have been no further proceedings in the Superior Court of Connecticut to date.

7. Subject matter jurisdiction rests with the federal courts in this action on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332(a), because it is between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. Removal of this action to this Court is proper under 28 U.S.C. § 1441(a), as this Court would have original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

## **REMOVAL IS PROCEDURALLY PROPER**

9. This Petition has been filed before the expiration of 30 days from the date Sentry first received a copy of the initial pleadings setting forth the claim for relief upon which this action is based, by service or otherwise. Therefore, removal of this action is timely pursuant to 28 U.S.C. §1446(b).

10. Contemporaneously with the filing of this Petition, Sentry will serve a copy of its Notice of Removal on counsel for the plaintiff, and will file a copy of this Notice of Removal with the Clerk of the Superior Court of Connecticut, Judicial District of New London at New London, where this action was originally filed, as required by 28 U.S.C. §1446(d).

11. The United States District Court for the District of Connecticut embraces the Judicial District of New London, and therefore this Court is the United States District Court to which this action may be removed pursuant to 28 U.S.C. § 1441(a). Venue is proper in this Court.

## **SUBJECT MATTER JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP**

12. This is a civil action between citizens of different states. Plaintiff alleges in ¶1 of his Complaint that he "was and is a resident of the Town of East Haddam, County of Middlesex, State of Connecticut."

13. Sentry is a corporation duly organized under the laws of the State of Wisconsin with its principal place of business located at 1800 Northpoint Drive, Stevens Point, Wisconsin.

14. In its Complaint, plaintiff demands that Sentry pay it the sum of $1 million, exclusive of interest and costs.

15. Therefore, this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332, and removal to this Court is proper pursuant to 28 U.S.C. §§1441 and 1446.

**WHEREFORE**, Sentry Select Insurance Company respectfully removes this action to the United States District Court for the District of Connecticut.

Dated: May 6, 2022

By: *Kenneth C. Murphy*

Kenneth C. Murphy, Esq., # ct29130
c/o LAW OFFICE OF ERIC J. PLOUMIS, DMD, JD
1576 Durham Road
Guilford, Connecticut  06437
Telephone:     (516) 357-3000
Fax:                (516) 357-3333
casey.murphy@rivkin.com

- and –

M. Paul Gorfinkel, Esq. (pro hac vice application to be filed)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556-0111
Telephone:     (516) 357-3000
Facsimile:      (516) 357-3333
paul.gorfinkel@rivkin.com

Attorneys for Defendant
Sentry Select Insurance Company